

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 249MISC

Robert Ronald Lux - # 189191

_____/

VRW 

**ORDER TO SHOW CAUSE**

It appearing that Robert Ronald Lux has been suspended following a criminal conviction by the State Bar Court effective August 21, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 22, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Robert Ronald Lux
Attorney At Law
55 E Brokaw Rd., # 400
San Jose, CA 95112