**FILED**

NOV 0 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV 09-80249 MISC VRW

                                        ORDER
Robert Ronald Lux,

    State Bar No 173134
_____/

    On October 22, 2009, the court received a response to the court's Order to Show Cause issued on September 16, 2009, in this matter.  Counsel for Robert Ronald Lux has advised the court that Mr Lux does not contest the imposition of reciprocal discipline by this court.

    The court now orders Robert Ronald Lux removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

    IT IS SO ORDERED.

                                                  VAUGHN R WALKER
                                                  United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Robert Ronald Lux,

Case Number: C09-80249 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Ronald Lux
55 E Brokaw Road # 400
San Jose, CA 95112

Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*