**FILED**

DEC 0 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 09-80249 MISC VRW |
| Robert Ronald Lux, | ORDER |
| State Bar No 173134 | |

On November 13, 2009, the court received a response to the court's Order issued on November 9, 2009, in this matter. Counsel for Robert Ronald Lux has provided proof of Mr Lux's reinstatement by the State Bar.

The court now orders Robert Ronald Lux placed back on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

Dated: 11/23/09

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Robert Ronald Lux,

_____/

Case Number: CV 09-80249   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vicki H Young
Law Offices of Vicki H Young
706 Cowper Street, Ste 205
Palo Alto, CA   94301

Dated: December 1, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*